[No. 19027-7-III.   Division Three.   January 2, 2001.]

THE DOLSEN COMPANIES, *Respondent*, v. NOEL CANNING CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-02462-2, Michael E. Cooper, J., entered December 13, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, J., and Zagelow, J. Pro Tem.

[No. 18985-6-III.   Division Three.   January 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON CLAYTON CLARK, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 99-1-00958-5, Salvatore F. Cozza, J., entered December 3, 1999, and Michael E. Donohue, J., entered December 21, 1999. *Affirmed* by unpublished per curiam opinion.